## DELONG v. COMMONWEALTH

(Decided May 30, 1930.)

W. W. Williams for movant.

J. W. Cammack, Attorney General, and Samuel B. Kirby, Jr., Assistant Attorney General, for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 60 days in jail.

Appeal denied. Judgment affirmed.

## LEMASTER v. COMMONWEALTH

(Decided June 6, 1930.)

Edward L. Allen for movant.

J. W. Cammack, Attorney General (Howard Black, of counsel), for the Commonwealth.

PER CURIAM. Judgment of conviction for assault and battery, imposing a fine of $1,000.

Appeal denied. Judgment affirmed.

## MITCHELL MACHINE & ELECTRIC COMPANY v. MITCHELL & CRAWFORD LIGHT & POWER COMPANY

(Decided June 17, 1930.)

Edgar T. Washburn for movant.

Ferguson & Wells opposed.

PER CURIAM. Judgment for $300 in an action for value of property taken.

Appeal denied. Judgment affirmed.